UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                          Case No. 09-cr-88-01/05-SM

Juan Garcia Hernandez, et al

### O R D E R

Defendant's  motion to continue the trial for sixty days  (document no. 57) is granted.  No further continuances will be granted absent extraordinary circumstances. Trial has been rescheduled for the October trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than July 23, 2009. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account  the exercise of due diligence under the circumstances.

Final Pretrial Conference:          October 13, 2009 at 4:00 PM

Jury Selection:                     October 20, 2009 at 9:30 AM

SO ORDERED.


July 13, 2009                       _____
                                    Steven J. McAuliffe
                                    Chief  Judge


cc:   Counsel of Record
      U. S. Probation
      U. S. Marshal

2