UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,

    v.                    Criminal Case No. 09-cr-88-1-5-SM

<u>Juan G. Hernandez</u>,
<u>Janeth Sarmiento</u>,
<u>Marco Garcia</u>,
<u>Jose Cisneros</u>, and
<u>Ciro L. Garcia</u>

**<u>PRETRIAL ORDER</u>**

A final pretrial conference was held on October 13, 2009. Present were Assistant United States Attorney Terry L. Ollila, Esq., on behalf of the government. Michael J. Iacopino, Esq., appeared on behalf of Defendant Hernandez; Theodore M. Lothstein, Esq., appeared on behalf of Defendant Sarmiento; Donald A. Kennedy, Esq., appeared on behalf of Defendant Marco Garcia; Eric R. Wilson, Esq., appeared on behalf of Defendant Cisneros; and James D. Gleason, Esq., appeared on behalf of Defendant Ciro Garcia.

The government will be filing a superseding indictment in this case. Defendants will be rearraigned. Trial on the superseding indictment will be set for **December 8, 2009.** A further final pretrial conference is scheduled for **December 1, 2009, at 3:00 p.m.**

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

October 14, 2009

cc: Terry L. Ollila, Esq., AUSA
    James D. Gleason, Esq.
    Charles J. Keefe, Esq.
    Andrew M. Kennedy, Esq.
    Donald A. Kennedy, Esq.
    Theodore M. Lothstein, Esq.
    Michael J. Iacopino, Esq.
    U.S. Probation
    U.S. Marshal